UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P.,<br><br>                    Plaintiff,<br><br>          v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, *et al*.,<br><br>                    Defendants. | Case No. 1:23-cv-01724-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND RESETTING SCHEDULING CONFERENCE<br><br>(Doc. 9) |

Pending before the Court is the renewed stipulation of Plaintiff E.P. and Defendant Tehachapi Unified School District to extend time to respond to the complaint and to continue the initial scheduling conference. (Docs. 8-9). The Court notes that Defendant Jason Grimes has not appeared in the action and is not a party to the stipulation.

For good cause shown, IT IS HEREBY ORDERED:

1. Defendants SHALL RESPOND to the complaint no later than March 13, 2024;
2. In the event either Defendant fails to timely respond to the complaint, Plaintiff SHALL APPLY to the Clerk of the Court for entry of default as to that Defendant within seven (7) days thereafter; and

/ / /

/ / /

1

3. The initial scheduling conference currently set for March 6, 2024, at 9:30 am before Magistrate Judge Christopher D. Baker, is continued to May 8, 2024, at 10:00 am.

IT IS SO ORDERED.

Dated: **February 14, 2024**

_____
UNITED STATES MAGISTRATE JUDGE