UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P.,<br><br>        Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, *et al*.,<br><br>        Defendants. | Case No. 1:23-cv-01724-JLT-CDB<br><br>ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM OF MINOR E.P.<br><br>(Docs. 12, 14) |

On February 20, 2024, Plaintiff E.P. ("Plaintiff") filed a motion to appoint Michel Hernandez-Disla as guardian ad litem.  (Doc. 12).  On February 21, 2024, the Court issued an order requiring Counsel for Plaintiff to file a supplemental declaration.  (Doc. 13).  The Court found Plaintiff's motion sufficiently demonstrated that the proposed guardian had no interests adverse to Plaintiff, was familiar with the factual allegations and legal claims in the case, and that she was a responsible person, fully capable of understanding and protecting Plaintiff's rights and best interests in this case.  *Id*. at 3. However, the Court noted the motion did not comply with Local Rule 202(c).  *Id*. at 3-4.

On February 23, 2024, Counsel for Plaintiff, Goriune Dudukgian, filed a supplemental declaration in support of Plaintiff's motion for appointment of guardian ad litem.  (Doc. 14).  Counsel Dudukgian attests he was contacted regarding this action by Ms. Hernandez-Disla and does not stand in any relationship with Defendants or any other party against whom a cause of action could be

1

asserted. *Id.* at 2.  Counsel Dudukgian notes he agreed to represent Plaintiff on a contingency fee basis.  *Id.* at 3-4.  These attestations bring Plaintiff's motion into compliance with Local Rule 202(c).

Good cause showing in Plaintiff's motion to appoint guardian ad litem and the supporting declarations of Ms. Hernandez-Disla and Counsel Dudukgian, IT IS HEREBY ORDERED:

1. Plaintiff E.P.'s motion for appointment of guardian ad litem (Doc. 12) is GRANTED; and

2. Michel Hernandez-Disla is appointed to act as guardian ad litem for Plaintiff E.P. and is authorized to prosecute the claim on E.P.'s behalf.

IT IS SO ORDERED.

Dated:  __**February 28, 2024**__            _____

UNITED STATES MAGISTRATE JUDGE