UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01724-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 16) |

On December 14, 2023, Plaintiff E.P. initiated this action with the filing of a complaint against Defendants Tehachapi Unified School District and Jason Grimes. (Doc. 1). Pending before the Court is the stipulated request of Defendant Grimes to extend time to respond to the complaint. (Doc. 16). In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendant Grimes shall have until April 12, 2024, to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **March 11, 2024**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE